UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, | No. 2:15-cv-02615-TLN-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| TERRY, et al., | |
| Defendants. | |

On July 26, 2017, Plaintiff filed a request for reconsideration of the magistrate judge's order filed July 13, 2017, granting Defendants' request for an extension of time to file a reply in support of their motion to dismiss. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." *Id.* Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed July 13, 2017, is affirmed and the Clerk of the Court shall terminate docket number 34.

Dated: October 3, 2017

Troy L. Nunley
United States District Judge